IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AUDOBAN SOCIETY OF PORTLAND, et al., | 1:17-cv-69-CL (lead) <br> 1:17-cv-98-CL (trailing) |
| Plaintiffs, | 1:17-cv-468-CL (trailing) <br> 1:17-cv-531-CL (trailing) |
| v. | |
| | JUDGMENT |
| RYAN ZINKE, et al., | |
| Defendants. | |
| TULELAKE IRRIGATION DISTRICT, et al., | |
| Defendant-Intervenors. | |

MCSHANE, Judge:

    Based on the record, Judgment for Defendants.

IT IS SO ORDERED.

    DATED this 6th day of April, 2020.

                                               /s/ Michael J. McShane
                                                   Michael McShane
                                          United States District Judge

1 –JUDGMENT